No. 1433, Misc. GOODWIN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 445. AVCO CORP. *v.* AERO LODGE No. 735, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, ET AL., 390 U. S. 557;

No. 1140. CHANEY *v.* STATE BAR OF CALIFORNIA ET AL., 390 U. S. 1011;

No. 1199. MEAUX ET AL. *v.* UNITED STATES, 390 U. S. 1026;

No. 652, Misc. ANDERSON *v.* NELSON, WARDEN, 390 U. S. 523;

No. 854, Misc. FONTAINE *v.* CALIFORNIA, 390 U. S. 593;

No. 1054, Misc. HENIG ET AL. *v.* ODORIOSO ET AL., 390 U. S. 1016; and

No. 1209, Misc. ROSS *v.* CRAVEN, WARDEN, 390 U. S. 1032. Petitions for rehearing denied.

No. 59. BANKS *v.* CHICAGO GRAIN TRIMMERS ASSN., INC., ET AL., 390 U. S. 459. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 70. ALITALIA-LINEE AEREE ITALIANE, S. P. A. *v.* LISI ET AL., 390 U. S. 455. Motion of International Air Transport Assn. for leave to file a brief, as *amicus curiae,* granted. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Harold L. Warner, Jr., Carl S. Rowe,* and *Paul G. Pennoyer, Jr.,* on the motion in support of the petition.